After Remand by the Alabama Supreme Court
After this court issued its decision in this case on February 3, 2006, reversing the trial court's judgment denying Joseph Wayne Madden's Rule 32, Ala. R.Crim. P., petition, the Alabama Supreme Court issued its opinion in Ex parteSeymour, 946 So.2d 536 (Ala. 2006), which overruled the caselaw on which that decision was based. The State filed a petition for certiorari review, and the Alabama Supreme Court reversed the judgment of this court and remanded the cause for proceedings consistent with Ex Parte Seymour. Madden v.State, 989 So.2d 607 (Ala. 2007). In accordance with the judgment of the Alabama Supreme Court, we now hold that the circuit court's dismissal of Madden's Rule 32 petition was proper, pursuant to Madden and Seymour, and we affirm its judgment.
 AFFIRMED. *Page 609 
BASCHAB, P.J., and WISE and WELCH, JJ., concur.
SHAW, J., concurs in the result.